UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 12-15465 |
|---|---|
| REGINALD WHITE<br>GWENDOLYN D PRICE WHITE<br>Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/17/2012.

2) The plan was confirmed on 06/18/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/12/2013.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,950.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,232.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,232.00** |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $2,657.19 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $330.34 | |
| Other | $51.15 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,038.68** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL COLLECTION SVCS | Unsecured | 76.05 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 76.05 | NA | NA | 0.00 | 0.00 |
| ADULT PRIMARY CARE CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 12,849.54 | 1,807.05 | 1,807.05 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | 4,499.59 | 4,499.59 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | 2,156.32 | 2,156.32 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 2,132.29 | 2,132.29 | 0.00 | 0.00 |
| CHASE | Unsecured | 2,755.02 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 391.57 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 85.80 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 466.67 | 560.20 | 560.20 | 207.10 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 222.19 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 1,046.22 | 1,032.29 | 1,032.29 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 321.98 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 2,108.72 | 649.60 | 649.60 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 452.46 | 452.46 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 288.21 | 288.21 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 4,352.71 | 3,048.67 | 3,048.67 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,785.35 | 2,108.72 | 2,108.72 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 3,710.39 | 3,710.39 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,132.29 | 2,755.02 | 2,755.02 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,048.67 | 1,785.35 | 1,785.35 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 5,103.58 | 5,103.58 | 5,103.58 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 4,659.90 | 4,659.90 | 4,659.90 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 5,878.60 | 5,878.60 | 5,878.60 | 0.00 | 0.00 |
| FRESH START SPORTS & MENTORING | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 964.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 1,007.00 | 1,007.00 | 0.00 | 0.00 |
| KEYSTONE RECOVERY PARTNERS L | Unsecured | 639.37 | 639.37 | 639.37 | 0.00 | 0.00 |
| MERCY HOSPITAL | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERCY HOSPITAL | Unsecured | 99.36 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Secured | 5,000.00 | 5,000.00 | 5,000.00 | 3,086.46 | 399.76 |
| NATIONSTAR MORTGAGE LLC | Unsecured | NA | 456.71 | 456.71 | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | NA | 4,352.71 | 4,352.71 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,900.00 | 5,386.13 | 5,386.13 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Secured | NA | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 765.88 | 730.04 | 730.04 | 0.00 | 0.00 |
| PROVIDENT HOSPITAL | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 3,426.56 | 2,543.76 | 2,543.76 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 1,069.63 | 1,069.63 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 704.09 | 704.09 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 411.78 | 411.78 | 0.00 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | NA | 5,906.58 | 5,906.58 | 0.00 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | NA | 3,067.05 | 3,067.05 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 500.00 | 1,388.53 | 500.00 | 500.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 2,861.00 | 0.00 | 888.53 | 0.00 | 0.00 |
| SCHOTTLER & ASSOCIATES | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 1,908.61 | 1,908.61 | 1,908.61 | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | NA | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 521.75 | 521.75 | 521.75 | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 115,000.00 | 98,069.26 | 98,069.26 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS | Unsecured | 3,710.39 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Secured | 4,200.00 | 3,259.84 | 3,259.84 | 0.00 | 0.00 |
| WELLS FARGO | Secured | 120,000.00 | 167,836.82 | 171,096.66 | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 48,873.10 | NA | NA | 0.00 | 0.00 |
| WYNDHAM VACATION OWNERSHIP | Unsecured | 3,681.10 | 2,053.40 | 2,053.40 | 0.00 | 0.00 |
| WYNDHAM VACATION OWNERSHIP | Secured | 3,000.00 | 6,329.19 | 6,329.19 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $171,096.66 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,259.84 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,500.00 | $3,586.46 | $399.76 |
| All Other Secured | $11,889.39 | $207.10 | $0.00 |
| **TOTAL SECURED:** | **$191,745.89** | **$3,793.56** | **$399.76** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,007.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,007.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$170,777.44** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,038.68 |
| Disbursements to Creditors | $4,193.32 |
| **TOTAL DISBURSEMENTS** : | **$7,232.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/30/2013            By: /s/ Tom Vaughn
                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**